# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

JAMES K. CARTER,

    Plaintiff,

v.                        CIVIL ACTION NO.: CV205-073

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

## ORDER

Defendant has moved to dismiss Plaintiff's action which is an appeal of the denial of Social Security benefits. Defendant asserts that Plaintiff's action is untimely.

Plaintiff is hereby **ORDERED** to file any objections to the Defendant's motion for a dismissal, or to otherwise inform the Court of his decision not to object to Defendant's motion within twenty (20) days of the date of this Order. Should Plaintiff not timely respond to Defendant's motion, the Court will determine that there is no opposition to the motion and grant the motion as unopposed.

**SO ORDERED**, this 3rd day of August, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## Southern District of Georgia

JAMES K. CARTER )

vs ) CASE NUMBER CV205-73

JO ANNE BARNHART ) DIVISION BRUNSWICKQ

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/3/05 , which is part of the official record of this case.

Date of Mailing: 8/3/05

Date of Certificate  [X] same date,   or _____

Scott L. Poff, Clerk

By: NITA ROSE
Deputy Clerk

**Name and Address**

LEROY WEATHER BRIGHAM
JAMES K. CARTER 99M A MCNEAL RD HAZLEHURST, GA. 31539
KYLE G.A. WALLACE

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate